[If you need additional space for ANY section, please attach an additional sheet and reference that section.]

## UNITED STATES DISTRICT COURT
## FOR THE NORTHERN DISTRICT OF ILLINOIS

Nicole Nembhard

Plaintiff(s),

v.

Northwestern University

Defendant(s).

Case Number: 1:25-cv-5720

## COMPLAINT OF EMPLOYMENT DISCRIMINATION

1.  This is an action for employment discrimination.

2.  The plaintiff is Nicole Nembhard of the county of Cook in the state of Illinois.

3.  The defendant is Northwestern University, whose street address is 720 University Place,

(city) Evanston (county) Cook (state) Illinois (ZIP) 60208

(Defendant's telephone number) (____) – _____

4.  The plaintiff sought employment or was employed by the defendant at (street address)

720 University Place (city) Evanston

(county) Cook (state) Illinois (ZIP code) 60208

[If you need additional space for ANY section, please attach an additional sheet and reference that section.]

Rev. 06/27/2016

[If you need additional space for ANY section, please attach an additional sheet and reference that section.]

5.    The plaintiff [*check one box*]

   (a)  ☐    was denied employment by the defendant.

   (b)  ☐    was hired and is still employed by the defendant.

   (c)  ☒    was employed but is no longer employed by the defendant.

6.    The defendant discriminated against the plaintiff on or about, or beginning on or about, (month)__May_____, (day)__3rd_____, (year)__2023_____.

7.1    (*Choose paragraph 7.1 or 7.2, do not complete both*.)

   (a)    The defendant is not a federal governmental agency, and the plaintiff [*check one box*] ☒*has* ☐*has not* filed a charge or charges against the defendant

   asserting the acts of discrimination indicated in this complaint with any of the

   following government agencies:

   (i)    ☒ the United States Equal Employment Opportunity Commission, on or about

   (month)_____ (day)_____ (year)_____.

   (ii)    ☒  the Illinois Department of Human Rights, on or about

   (month)__November____ (day)__11____ (year)__2024_____.

   (b)    If charges *were* filed with an agency indicated above, a copy of the charge is

   attached. ☒  Yes, ☐  No, **but plaintiff will file a copy of the charge within 14 days**.

   It is the policy of both the Equal Employment Opportunity Commission and the Illinois

   Department of Human Rights to cross-file with the other agency all charges received. The

   plaintiff has no reason to believe that this policy was not followed in this case.

7.2    The defendant is a federal governmental agency, and

   (a)    the plaintiff previously filed a Complaint of Employment Discrimination with the

[If you need additional space for ANY section, please attach an additional sheet and reference that section.]

Rev. 06/27/2016

2

[If you need additional space for ANY section, please attach an additional sheet and reference that section.]

defendant asserting the acts of discrimination indicated in this court complaint.

☐ Yes (month)_____ (day)_____ (year) _____

☐ No, did not file Complaint of Employment Discrimination

(b)    The plaintiff received a Final Agency Decision on (month)_____

(day) _____ (year) _____ .

(c)    Attached is a copy of the

(i) Complaint of Employment Discrimination,

☐ Yes    ☐ No, but a copy will be filed within 14 days.

(ii) Final Agency Decision

☐ Yes    ☐ N0, but a copy will be filed within 14 days.

8.    *(Complete paragraph 8 only if defendant is not a federal governmental agency.)*

(a) ☐    the United States Equal Employment Opportunity Commission has not

issued a *Notice of Right to Sue.*

(b) ☑    the United States Equal Employment Opportunity Commission has issued

a *Notice of Right to Sue,* which was received by the plaintiff on

(month)__March____ (day)_31_____ (year) 2025_____ a copy of which

*Notice* is attached to this complaint.

9.    The defendant discriminated against the plaintiff because of the plaintiff's [*check only*

*those that apply*]:

(a) ☐ Age (Age Discrimination Employment Act).

(b) ☐ Color (Title VII of the Civil Rights Act of 1964 and 42 U.S.C. §1981).

[If you need additional space for ANY section, please attach an additional sheet and reference that section.]

Rev. 06/27/2016

[If you need additional space for ANY section, please attach an additional sheet and reference that section.]

(c) ✓Disability (Americans with Disabilities Act or Rehabilitation Act)

(d) ☐ National Origin (Title VII of the Civil Rights Act of 1964 and 42 U.S.C. §1981).

(e) XX☐ Race (Title VII of the Civil Rights Act of 1964 and 42 U.S.C. §1981).

(f) ☐ Religion (Title VII of the Civil Rights Act of 1964)

(g) ☐ Sex (Title VII of the Civil Rights Act of 1964)

10. If the defendant is a state, county, municipal (city, town or village) or other local governmental agency, plaintiff further alleges discrimination on the basis of race, color, or national origin (42 U.S.C. § 1983).

11. Jurisdiction over the statutory violation alleged is conferred as follows: for Title VII claims by 28 U.S.C.§1331, 28 U.S.C.§1343(a)(3), and 42 U.S.C.§2000e-5(f)(3); for 42 U.S.C.§1981 and §1983 by 42 U.S.C.§1988; for the ADA by 42 U.S.C.§12117

12. The defendant [*check only those that apply*]
(a) ☐ failed to hire the plaintiff.

(b) ☐ terminated the plaintiff's employment.

(c) ☑ failed to promote the plaintiff.

(d) ☐ failed to reasonably accommodate the plaintiff's religion.

(e) ☐ failed to reasonably accommodate the plaintiff's disabilities.

(f) ☐ failed to stop harassment;

(g) ✱☐ retaliated against the plaintiff because the plaintiff did something to assert rights protected by the laws identified in paragraphs 9 and 10 above;

(h) ☐ other (specify): _____

[If you need additional space for ANY section, please attach an additional sheet and reference that section.]

Rev. 06/27/2016

4

[If you need additional space for ANY section, please attach an additional sheet and reference that section.]

13.     The facts supporting the plaintiff's claim of discrimination are as follows:

I made multiple complaints that I was being discriminated against based on my race.
After making multiple complaints about the race discrimination, my employer terminated me.

14.     [*AGE DISCRIMINATION ONLY*] Defendant knowingly, intentionally, and willfully discriminated against the plaintiff.

15.     The plaintiff demands that the case be tried by a jury. ☑ Yes ☐ No

16.     THEREFORE, the plaintiff asks that the court grant the following relief to the plaintiff [*check only those that apply*]

   (a)     ☐ Direct the defendant to hire the plaintiff.

   (b)     ☐ Direct the defendant to re-employ the plaintiff.

   (c)     ☐ Direct the defendant to promote the plaintiff.

   (d)     ☐ Direct the defendant to reasonably accommodate the plaintiff's religion.

   (e)     ☐ Direct the defendant to reasonably accommodate the plaintiff's disabilities.

   (f)     ☐ Direct the defendant to (specify): Pay Plaintiff all loss wages including loss wages

[If you need additional space for ANY section, please attach an additional sheet and reference that section.]

[If you need additional space for ANY section, please attach an additional sheet and reference that section.]

_____

_____

_____

(g) ☑ If available, grant the plaintiff appropriate injunctive relief, lost wages, liquidated/double damages, front pay, compensatory damages, punitive damages, prejudgment interest, post-judgment interest, and costs, including reasonable attorney fees and expert witness fees.

(h) ☑ Grant such other relief as the Court may find appropriate.

*Andre Gaston* Attorney for Plaintiff

*Nicole Nembhard*
(Plaintiff's signature)

Nicole Nembhard
(Plaintiff's name)

9275 W. Church 2F
(Plaintiff's street address)

(City) Des Plaines (State) Illinois (ZIP) 60016

(Plaintiff's telephone number) (847 – 235 - 0900

Date: May 21, 2025

[If you need additional space for ANY section, please attach an additional sheet and reference that section.]

Rev. 06/27/2016

EEOC Form 5 (07/24)

# CHARGE OF DISCRIMINATION

This form is affected by the Privacy Act of 1974.
See attached Privacy Act Statement and other information before completing this form.

| CHARGE PRESENTED TO: | AGENCY CHARGE NO. |
|---|---|
| EEOC | 440-2025-01364 |

Name *(indicate Mr., Ms., Mrs., Miss, Mx., Dr., Hon., Rev.)*: Ms. Nicole Nembhard

Home Phone:    847-235-0900

Year of Birth:    1976

Street Address:   9275 West Church Street

Des Plaines, IL 60016

Named below is the Employer, Labor Organization, Employment Agency, Apprenticeship Committee, or State or Local Government Agency that I believe discriminated against me or others.

Name: Northwestern University

No. Employees, Members: 501+ Employees

Phone No.: 847-491-3741

Street Address:   720 University Place

Evanston, IL 60208

Name:

No. Employees, Members:

Phone No.:

Street Address:

DISCRIMINATION BASED ON:

Other, Race

DATE(S) DISCRIMINATION TOOK PLACE

Earliest: 11/09/2024

Latest: 11/09/2024

THE PARTICULARS ARE:

I began my employment with Respondent in or around August of 2000. My most recent position was Insurance Representative. During my employment, I was subjected to race-based harassment. I complained to Respondent. Subsequently, I was subjected to scrutiny, discipline and I was discharged. I believe I have been discriminated against because of my race, in violation of Title VII of the Civil Rights Act of 1964 as amended and for engaging in a protected activity.

I want this charge filed with both the EEOC and the State or local Agency, if any. I will advise the agencies if I change my address or phone number and I will cooperate fully with them in the processing of my charge in accordance with their procedures.

I declare under penalty of perjury that the above is true and correct.

Digitally Signed By: Ms. Nicole Nembhard

11/11/2024

Page 1 of 3



**U.S. EQUAL EMPLOYMENT OPPORTUNITY COMMISSION**

Chicago District Office
230 S Dearborn Street
Chicago, IL 60604
(800) 669-4000
Website: www.eeoc.gov

## DETERMINATION AND NOTICE OF RIGHTS
(This Notice replaces EEOC FORMS 161, 161-A & 161-B)

Issued On: 03/31/2025

**To:** Ms. Nicole Nembhard
9275 West Church Street
Des Plaines, IL 60016
Charge No: 440-2025-01364

EEOC Representative and email:   GRACE GOUNTANIS
Investigator
grace.gountanis@eeoc.gov

### DETERMINATION OF CHARGE

The EEOC issues the following determination: The EEOC will not proceed further with its investigation and makes no determination about whether further investigation would establish violations of the statute. This does not mean the claims have no merit. This determination does not certify that the respondent is in compliance with the statutes. The EEOC makes no finding as to the merits of any other issues that might be construed as having been raised by this charge.

### NOTICE OF YOUR RIGHT TO SUE

This is official notice from the EEOC of the dismissal of your charge and of your right to sue. If you choose to file a lawsuit against the respondent(s) on this charge under federal law in federal or state court, **your lawsuit must be filed WITHIN 90 DAYS of your receipt of this notice.** Receipt generally occurs on the date that you (or your representative) view this document. You should keep a record of the date you received this notice. Your right to sue based on this charge will be lost if you do not file a lawsuit in court within 90 days. (The time limit for filing a lawsuit based on a claim under state law may be different.)

If you file a lawsuit based on this charge, please sign in to the EEOC Public Portal and upload the court complaint to charge 440-2025-01364.

On behalf of the Commission,

Digitally Signed By:Amrith Kaur Aakre
03/31/2025
Amrith Kaur Aakre
District Director

EEOC Form 5 (07/24)

_The Cole Neubhard 5/21/2025_

Charging Party Signature & Date

---

NOTARY – When necessary for State and Local Agency Requirements

_____

I swear or affirm that I have read the above charge and that it is true to the best of my knowledge, information, and belief.

_____

Signature of Complainant

Subscribed and sworn to before me this date: _____